July 17, 1981.

435 A.2d 1313

Brody et al., Appellants v. Acme Markets Inc., et al.

 Argued September 8, 1980. Jeffrey L. Rudnick, for appellants; James M. Marsh, for Acme, appellee; Alan Belfus, did not file a brief on behalf of Cheltenham, appellee.

636

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.